UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
───────────────

Erin Anderson                                                           CHAMBERS
Law Clerk to Christopher M. Alston                          United States Courthouse
                                                            700 Stewart Street, #6301
                                                                Seattle, WA 98101
                                                                  (206) 370-5330

June 22, 2021

Anthony S. Wisen                          Elena L. Garella
Law Offices of Anthony S. Wisen, PLLC     LoGerfo Garella, PLLC
2208 NW Market Street                     605 1st Avenue
Suite 502                                 Suite 250
Seattle, WA 98107                         Seattle, WA 98104

Re: *Sindi v. El-Moslimany;* Adversary No. 19-01034

Dear Counsel:

In light of the ongoing COVID-19 pandemic and continuing courthouse restrictions, the Court will hold a status conference in this matter on **July 2, 2021, at 9:00 a.m.** The status conference will be held telephonically, and all participating parties must use the instructions for telephonic appearances below.

- Dial: 1−888−363−4749
- Enter Access Code: 8955076#
- Press the # sign
- Enter Security Code: 3564#
- Speak your name when prompted

Do **NOT** put your phone on hold at any time after your call is connected. Please do not hesitate to contact our chambers should you have any questions.

Sincerely,

*Erin M. Anderson*

Erin Anderson
Law Clerk to the Honorable Christopher M. Alston