**Below is the Order of the Court.**

Christopher M. Alston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>Samia El-Moslimany,<br><br>          Debtor. | Case No. 18-14820 |
| Hayat Sindi,<br><br>          Plaintiff,<br>v.<br><br>Samia El-Moslimany,<br><br>          Defendant. | Adv. No. 19-01034<br><br>ORDER TO SHOW CAUSE |

    This matter came before the Court *sua sponte*. On July 23, 2020, the Court held a hearing on the Plaintiff's Motion for Summary Judgment [ECF No. 17]. After the Court made its findings of fact and conclusions of law on the record, it directed counsel for the Defendant, Elena Garella, to prepare an order. Ms. Garella failed to do so. The Court held a status conference in

Order - 1

this matter on July 2, 2021, at which the Court reminded Ms. Garella of its direction to prepare the order. Ms. Garella replied that she would prepare and file an order within three days. Another eleven days have passed by and she has yet to file an order. The Court has the inherent power under 11 U.S.C. § 105(a) to sanction parties who violate specific orders. *In re Bennett*, 298 F.3d 1059, 1069 (9th Cir. 2002). Counsel is ignoring specific instructions of the Court. Accordingly, it is hereby ORDERED as follows:

1. Ms. Garella shall appear before the Court on July 22, 2021, at 11:00 a.m. to show cause why the Court should not impose sanctions upon her for failing to prepare and file an order on the Plaintiff's Motion for Summary Judgment.

2. All parties appearing at the hearing shall do so telephonically, using the following instructions:
   - Dial: 1−888−363−4749
   - Enter Access Code: 8955076#
   - Press the # sign
   - Enter Security Code: 3564#
   - Speak your name when prompted.

3. Any party wishing to be heard on the matter shall file with the Court a written response by no later than July 20, 2021.

4. If Ms. Garella files either an order that is approved by opposing counsel or, if she is unable to obtain agreement from opposing counsel, a letter with a proposed order, by July 20, 2021, the Court shall strike the hearing.

///END OF ORDER///