**Submitted But not Entered.**

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

**ORDER NOT ENTERED:** No proof opposing party has approved the form of order. No prior order was entered so labeling this order as amended is incorrect. Proposed should not be in caption.

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>SAMIA EL-MOSLIMANY,<br><br>Debtor.<br><br>―――――――――――――――<br><br>HAYAT SINDI,<br><br>Plaintiff,<br><br>v.<br><br>SAMIA EL-MOSLIMANY,<br><br>Defendant | Bankruptcy No. 18-14820 CMA<br><br>Adv. Pro. No. 19-01034 CMA<br><br>AMENDED (for page margin) ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [PROPOSED] |

THIS MATTER came before the Court upon Creditor Hayat Sindi's Motion for Summary Judgment against debtor Samia El-Moslimany.

It appearing that the Court has jurisdiction to consider the Motion, and the Court, having considered the Motion, Defendant's Response to Motion for Summary Judgment, Plaintiff's Reply in Support of Motion for Summary Judgment, the Declaration of Anthony Wisen filed in support of the Motion, the Declaration of

AMENDED (for page margin) ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

LoGERFO GARELLA pllc
attorneys at law

605 1st Avenue Suite 250
Seattle, WA 98104

Case 19-01034-CMA    Doc 35    Filed 07/19/21    Ent. 07/19/21 09:49:03    Pg. 1 of 3

Submitted But not Entered.

Samia El-Moslimany in opposition to the Motion, and the other pleadings of record, and having heard oral argument on July 23, 2020 at which the Court made findings of fact and conclusions of law. Now, therefore:

THIS COURT FINDS:

1. The Defendant caused injury to the Plaintiff by publishing one or more defamatory statements about the Plaintiff, and Defendant is indebted to Plaintiff in the principal amount of $400,000 for this injury.

2. The Defendant caused injury to the Plaintiff by intentionally interfering with Plaintiff's contractual relations, and Defendant is indebted to Plaintiff in the principal amount of $576,000 for this injury.

3. The Defendant caused injury to the Plaintiff by intentionally inflicting emotional distress upon Plaintiff, and Defendant is indebted to Plaintiff in the principal amount of $100,000 for this injury.

4. That making all reasonable inferences in favor of the Defendant, there is a disputed question of fact as to whether Defendant's actions were "willful" within the meaning of 11 U.S.C. §523(a)(6).

5. That making all reasonable inferences in favor of the Defendant, there is a disputed question of material fact as to whether Defendant's actions were "malicious" within the meaning of 11 U.S.C. § 523(a)(6).

THEREFORE, IT IS HEREBY ORDERED:

1. Plaintiff's Motion for Summary Judgment is DENIED with respect to the willful and malicious prongs of 11 U.S.C. § 523(a)(6).

AMENDED (for page margin) ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

LoGERFO GARELLA pllc
attorneys at law

605 1st Avenue Suite 250
Seattle, WA 98104

Case 19-01034-CMA    Doc 35    Filed 07/19/21    Ent. 07/19/21 09:49:03    Pg. 2 of 3

**Submitted But not Entered.**

2. Plaintiff's Motion for Summary Judgment is GRANTED with respect to whether Defendant injured Plaintiff for purposes of 11 U.S.C. § 523(a)(6). There being no disputed issues of material fact on these issues, Defendant is barred by principles of collateral estoppel from re-litigating or defending herself at trial from the claims of Defamation, Intentional Interference with Contractual Relationship, and Intentional Infliction of Emotional Distress, or the amount of damages she is indebted to Plaintiff by virtue of those torts.

3. The Court's oral ruling was delivered in open court on July 23, 2020, which is hereby incorporated into this Order by reference.

4. This matter will proceed to trial on the only remaining issues of whether the injuries sustained by Plaintiff were willful and malicious under 11 U.S.C. § 523(a)(6).

///END OF ORDER///

Presented by:

LoGERFO GARELLA, PLLC

By: _/s/ Elena Garella_____
Elena Luisa Garella, WSBA 23577
605 1st Avenue, Suite 250
Seattle, WA 98104
(206) 675-0675
egarella@gmail.com

AMENDED (for page margin) ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

**LoGERFO GARELLA pllc**
attorneys at law

605 1st Avenue Suite 250
Seattle, WA 98104