# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>SAMIA EL-MOSLIMANY,<br><br>Debtor.<br><br>---<br><br>HAYAT SINDI,<br><br>Plaintiff,<br><br>v.<br><br>SAMIA EL-MOSLIMANY,<br><br>Defendant | Adv. Pro. No. 19-01034 CMA<br><br>(Bankruptcy No. 18-14820 CMA)<br><br>DEFENDANT'S STATEMENT REGARDING WITHDRAWAL OF DEFENSE |

Samia El-Moslimany declares:

I am the defendant in this case. I agreed to withdraw my defenses to Hayat Sindi's non-dischargeability case and allow an order to be entered against me stating that the judgment is not dischargeable, *for financial and practical reasons only*. It is not, and was not, an admission that I acted "willfully and maliciously" against her. I did not act "willfully and maliciously."

Declared under penalty of perjury of the law of the United States of America and the State of Washington this 11th day of August, 2021,

                                                _____
                                                Samia El-Moslimany