December 21, 2021

The Honorable Christopher M. Alston
700 Stewart St., Courtroom 7206
Seattle, WA 98101

Re:    Entry of Judgment in Adv. Pro. No. 19-01034-CMA
       (*In re El-Moslimany*, 18-14820-CMA)

Your Honor:

       The undersigned is counsel to Hayat Sindi, plaintiff in the matter *Hayat Sindi v. Samia El-Moslimany*, Case No. 19-01034 (the "Sindi Adversary"). As the Court is aware, an order denying discharge was entered by the Court on August 10, 2021. Dkt. 43. Subsequently, a dispute arose about the proposed form of judgment, which unfortunately substantially delayed entry of the contemplated judgment.

       In connection of the closing of this case, Dr. Sindi respectfully requests that the Court enter judgment in the form enclosed. As noted above, counsel for Ms. El-Moslimany has **not** agreed to entry of judgment in this form, and therefore it is not being presented as an agreed order/judgment.

Respectfully,

*[signature]*

Anthony S. Wisen
Law Offices of Anthony S. Wisen, PLLC
Counsel for Hayat Sindi