UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE:

SAMIA EL-MOSLIMANY,

                  Debtor.

HAYAT SINDI,

                  Plaintiff,

  v.

SAMIA EL-MOSLIMANY,

                  Defendant.

Chapter 7

Adv. Pro. No. 19-01034-CMA

Bankruptcy No. 18-14820-CMA

JUDGMENT DENYING DISCHARGE

THIS MATTER came before the Court upon the Complaint of plaintiff Hayat Sindi ("Plaintiff" or "Dr. Sindi") against defendant Samia El-Moslimany ("Defendant"). For the

JUDGMENT DENYING DISCHARGE

LAW OFFICES OF ANTHONY
S. WISEN, PLLC
2208 NW Market St., #502
Seattle, WA 98107
206.418.8720 · tony@wisenlaw.com

reasons stated in the Order Denying Discharge and stated on the record in this action, now, therefore, it is hereby

ORDERED ADJUDGED AND DECREED that plaintiff Hayat Sindi is awarded judgment of non-discharge against defendant Samia El-Moslimany pursuant to 11 U.S.C. § 523(a)(6). Samia El-Moslimany's obligation to Hayat Sindi under the subject Judgment (docketed in the main bankruptcy case as Claim No. 5, in the amount of $1,550,298.45), is hereby deemed and declared NOT SUBJECT TO DISCHARGE.

FURTHER ORDERED ADJUDGED AND DECREED that this judgment of non-discharge shall survive any subsequent dismissal or conversion of the above-referenced bankruptcy case(s), and shall be effective to the fullest degree allowed by law in any subsequent bankruptcy case filed by or on behalf of Samia El-Moslimany.

/// END OF JUDGMENT ///

JUDGMENT DENYING DISCHARGE

LAW OFFICES OF ANTHONY
S. WISEN, PLLC
2208 NW Market St., #502
Seattle, WA 98107
206.418.8720 · tony@wisenlaw.com

Case 19-01034-CMA    Doc 46-1    Filed 12/21/21    Ent. 12/21/21 08:31:29    Pg. 2 of 3

Presented by:

Law Offices of Anthony S. Wisen, PLLC
By */s/ Anthony S. Wisen*
    Anthony S. Wisen, WSBA #39656
    2208 NW Market St., Suite 502
    Seattle, WA 98107
    (206) 418-8720
    tony@wisenlaw.com

*Attorneys for Hayat Sindi*

JUDGMENT DENYING DISCHARGE