# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WASHINGTON

Michael Schmidt
Law Clerk to Christopher M. Alston

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

December 22, 2021

**Via CM/ECF:**

Anthony S. Wisen
Law Offices of Anthony S. Wisen, PLLC
2208 NW Market Street
Suite 502
Seattle, WA 98107

Re: <u>Sindi v. El-Moslimany</u>, AP No. 19-01034

Dear Mr. Wisen:

    The Court received your letter dated December 21, 2021, requesting that the Court enter a judgment in the above-referenced adversary proceeding [Dkt. No. 46]. The Court cannot enter any orders or judgments without a motion for relief that is properly filed, served and noted for hearing in accordance with all applicable rules. You can view the Court's local rules and determine available calendar dates on the Court's web site at http://www.wawb.uscourts.gov.

    The Court will take no further action with regard to your letter until the matter is properly before the Court as set forth above.

Sincerely,

Michael Schmidt
Law Clerk to the Honorable Christopher M. Alston